IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT E. L. BROWN                                                     PLAINTIFF

v.                              No. 3:21-cv-76-DPM

MICHAEL SHANE HARRIS;
PAUL BAYLESS, Attorney;
CHRSYTAL SPRINGS RESORT, a/k/a
Chrystal Springs Fishing Village; DOES,
Employees of Chrystal Springs Resort;
DONNA BUXTON; JAY CAMBLE, head of
security CSR; BRYAN WATTS, a/k/a Bryan Elmore
a/k/a Kieth Elmore; FNBC OF MOUNTAIN
HOME, ARKANSAS; EDWARD W. BUXTON;
ANNIE JO ELMORE                                                     DEFENDANTS

ORDER

Brown, a Garland County, Arkansas resident, filed this *pro se* § 1983 lawsuit challenging eviction and seizure of property also located in Garland County. Venue is proper in the Western District of Arkansas; and the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1391(b)(1)–(2); 28 U.S.C. § 1406(a). This case is therefore transferred to the United States District Court for the Western District of Arkansas, Hot Springs Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Compare In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*[signed]* W.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

12 May 2021